IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SHEILA KEELING,

        Plaintiff,                           Civil No. 09-465 ST

     v.                                  ORDER OF DISMISSAL

IQ DATA INTERNATIONAL, INC. ,

        Defendant.

The Court having been informed by counsel for the parties that this action has been settled,

IT IS ORDERED that this action is dismissed with prejudice and without costs and with leave, upon good cause shown within 60 days, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated.

Dated this 31st  day of August, 2009 .

                                                MARY MORAN, CLERK
                                                U.S. DISTRICT COURT,
                                                DISTRICT OF OREGON

                                                 /s/ Donna D. Ausbie
                                                 By:  Donna D. Ausbie, Deputy Clerk

Page 1 - ORDER OF DISMISSAL